862

JOSEPH A. VALENTE, Doing Business as VALENTE SAND AND GRAVEL, et al., Appellants, v. TWO GUYS FROM HARRISON, N. Y., INC., Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

In the Matter of the Claim of ALICE E. CAVAGE, Respondent, v. SPAULDING FIBRE COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.